UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>DOUGLAS W JAMESON<br>CHERYL L JAMESON<br><br>**Debtors** | CASE NO: 20-41529-659<br>Chapter 13<br><br>Re: Objection to Claim 45 filed by<br>PROSPER MARKETPLACE INC<br>Acct: 3340 |

## CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM

The Trustee certifies that she made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to her objection or that any opposition has been resolved.

ORDCLM--AC
72 OBJ: 07/23/2020

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee

## ORDER

Upon Trustee's objection to claim number 45 filed by PROSPER MARKETPLACE INC, for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is denied. The Trustee is to make no payment on the claim.

**DATED: August 24, 2020**
**St. Louis, Missouri**

*Kathy A. Surratt-States*
**KATHY A. SURRATT-STATES**
**Chief U.S. Bankruptcy Judge**

Copy mailed to:

DOUGLAS W JAMESON
CHERYL L JAMESON
147 HASTINGS WAY
SAINT CHARLES, MO  63301

TEAGUE & ASSOCIATES LLC
2536 S OLD HIGHWAY 94
STE 222
ST CHARLES, MO  63303

WEINSTEIN & RILEY PS
2001 WESTERN AVE
STE 400
SEATTLE, WA  98121-3132

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

PROSPER MARKETPLACE INC
PO BOX 3978
C/O WEINSTEIN & RILEY PS
SEATTLE, WA  98124-3978