UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No 20-41529 |
| | ) | |
| Cheryl Jameson | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | |

## **MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW, Morgan R. Teague, and enters her appearance on behalf of the above named debtor and requests notices in this case:

1. Movant requests that the Court enter an Order substituting Morgan R. Teague in place of Tobias Licker and Joseph Moriarty as the attorney of record in the above-captioned case.

2. Phone calls and email were made to Licker Law Firm with no response therefore I was unable to obtain consent for a joint motion.

WHEREFORE, Debtor prays this honorable Court enter an order granting Debtor's Motion for Substitution of Counsel.

RESPECTFULLY SUBMITTED,
Teague & Associates, LLC
By:____/s/ Morgan Teague
Morgan Teague, E.D. #62614MO, 62614
2536 S. Old Hwy 94, Ste 222
St. Charles, MO 63303
(636) 244-5277
(fax) (636) 244-5279
email: morgan@teaguelawassociates.com

RESPECTFULLY SUBMITTED,
/s/ *Timothy P. Powderly*
Timothy P. Powderly, #64092MO
11965 St. Charles Rock Rd., Suite. 202
St. Louis, MO  63044
Tel: 314-770-9890/ 314-739-1355
Tim@Powderlylaw.com

## Certificate of Service

I.   I certify that a true and correct copy of the foregoing document was filed electronically on October 19, 2020 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

II.   I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on October 20, 2020:

Cheryl Jameson
147 Hastings Way
St. Charles, MO 63301


/s/ Morgan Teague